1

The Honorable Robert J. Bryan

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

WESTERN DISTRICT OF WASHINGTON

8

AT TACOMA

9

TERESA TITUS, as an individual and
as a representative of the class,

10

CASE NO. 3:18-cv-05373-RJB

Plaintiff,

11

**STIPULATION AND [PROPOSED]
ORDER CONTINUING DEADLINES
FOR RULE 26(f) CONFERENCE,
INITIAL DISCLOSURES AND JOINT
STATUS REPORT AND DISCOVERY
PLAN**

vs.

12

ZESTFINANCE, INC., BLUECHIP
FINANCIAL, and DOUGLAS
MERRILL,

13

14

Defendants.

15

**NOTE ON MOTION CALENDAR:
August 6, 2018**

16

17

18

19

20

21

22

23

24

25

26

27

28

07866-00002/10325833.1

STIPULATION AND ORDER CONTINUING DEADLINES                    Case No. 3:18-cv-05373

WHEREAS, plaintiff Teresa Titus ("Plaintiff") filed Case No. 3:18-cv-05373 against ZestFinance, Inc., BlueChip Financial and Douglas Merrill ("Defendants") on May 10, 2018;

WHEREAS, Defendants moved to compel arbitration of Plaintiff's claims on July 30, 2018 (ECF Nos. 27, 30);

WHEREAS, the parties have agreed, subject to an Order of the Court, to continue the deadlines for the Rule 26(f) Conference (currently August 6, 2018), Initial Disclosures (currently August 13, 2018), and the Joint Status Report and Discovery Plan (currently August 20, 2018) until the Court rules on the pending motions and makes a determination whether the dispute must be arbitrated. *See, e.g., Mahamedi IP Law, LLP v. Paradice & Li, LLP*, 2017 WL 2727874, at *1–2 (N.D. Cal. Feb. 14, 2017) ("If the Court ultimately determines that the dispute should be arbitrated, responsibility for the conduct of discovery lies with the arbitrators—and if not, [plaintiff] will suffer no prejudice from a temporary stay. . . . The Court finds that a stay of discovery promotes the just, speedy, and inexpensive resolution of this case.") (quotations and citations omitted); ); *Stiener v. Apple Comput., Inc.*, 2007 WL 4219388, at *1 (N.D. Cal. Nov. 29, 2007) ("a short stay of the initial scheduling obligations and discovery pending the determination of the motion to compel arbitration is ... prudent"); *Intertec Contracting Turner Steiner Int'l, S.A.*, 2001 WL 812224, at *7 (S.D.N.Y. July 18, 2001) ("As is the general practice of district courts, a stay of discovery was imposed in this case while the motion to compel arbitration was pending before the Court.").  The parties have further agreed that, to the extent necessary, any Rule 26(f) Conference will be conducted within 21 days of the Court's final rulings on the motions to compel arbitration, any Initial Disclosures would be exchanged within 28 days of such rulings, and any Joint Status Report and Discovery Plan would be submitted within 35 days of such rulings.

1    WHEREAS, this stipulation is intended to preserve the status quo, and neither

2  prejudices Plaintiff's ability to seek discovery she contends is needed to oppose the

3  motion to compel arbitration, or Defendants' ability to oppose or to object to any

4  such discovery, including on the basis that such discovery is not permitted without

5  leave of Court.  The parties agree to meet and confer in good faith with respect to

6  any request Plaintiff makes for arbitration discovery in an attempt to avoid

7  unnecessary motion practice;

8    WHEREAS, the parties further agree neither this stipulation, nor Defendants'

9  limited participation in this litigation until final entry of an order on its motions to

10 compel arbitration and any jurisdictional or other defenses, shall be construed as

11 consent by Defendants to this Court's jurisdiction or as a waiver by Defendants of

12 any defenses based on jurisdiction or other grounds;

13    NOW, THEREFORE, by and through their respective counsel of record, the

14 Parties hereby stipulate and agree, subject to an Order from the Court, that the

15 deadline for the Rule 26(f) conference, the deadline for initial disclosures, and the

16 deadline for the Joint Status Report and Discovery Plan shall be continued until the

17 Court rules on the pending motions to compel arbitration and makes a determination

18 whether the dispute must be arbitrated.

19    IT IS SO STIPULATED.

20

21 DATED:  August 6, 2018          QUINN EMANUEL URQUHART &
                                   SULLIVAN. LLP
22

23                                 By  */s/ Thomas C. Rubin*_____

24

25

26

27

28

1

Thomas C. Rubin, WSBA #33829
600 University Street, Suite 2800

2

Seattle, Washington 98101
Telephone: (206) 905-7000

3

Facsimile: (206) 905-7100
Email: tomrubin@quinnemanuel.com

4

5

Shon Morgan (*pro hac vice*)
John W. Baumann (*pro hac vice*)

6

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

7

Telephone: (213) 443-3000
Facsimile: (213) 443-3100

8

Email: shonmorgan@quinnemanuel,com

9

*Attorneys for Defendants,*
*ZestFinance, Inc. and Douglas Merrill*

10

DATED:  August 6, 2018          BALLARD SPAHR LLP

11

12

By */s/ Scott M. Pearson*

13

Scott M. Pearson (*pro hac vice*)
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909

14

Telephone: (424) 204-4400
Facsimile: (424) 204-4350

15

Email: pearsons@ballardspahr.com

16

*Attorneys for Defendant*
*Bluechip Financial*

17

18

DATED:  August 6, 2018          TERRELL MARSHALL LAW GROUP PLLC

19

20

By*/s/ Elizabeth A. Adams*

21

22

23

24

25

26

27

28

07866-00002/10325833.1

STIPULATION AND ORDER CONTINUING DEADLINES          Case No. 3:18-cv-05373

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Elizabeth A. Adams, WSBA #49175
Email: eadams@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

E. Michelle Drake
Email: emdrake@bm.net
John G. Albanese
Email: jalbanese@bm.net
BERGER & MONTAGUE, P.C.
43 SE Main Street, Suite 505
Minneapolis, Minnesota 55414
Telephone: (612) 594-5999
Facsimile: (612) 584-4470

Matthew Wessler
Email: matt@guptawessler.com
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, D.C. 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

*Attorneys for Plaintiff and the Proposed Classes*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2018.

_____
THE HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

DATED:  August 6, 2018              QUINN EMANUEL URQUHART &
                                    SULLIVAN. LLP


                                    By _/s/ Thomas C. Rubin_____
                                       Thomas C. Rubin, WSBA #33829
                                       600 University Street, Suite 2800
                                       Seattle, Washington 98101
                                       Telephone: (206) 905-7000
                                       Facsimile: (206) 905-7100
                                       Email: tomrubin@quinnemanuel.com

                                       Shon Morgan (*pro hac vice* application
                                       forthcoming)
                                       John W. Baumann (*pro hac vice* application
                                       forthcoming)
                                       865 S. Figueroa Street, 10th Floor
                                       Los Angeles, California 90017
                                       Telephone: (213) 443-3000
                                       Facsimile: (213) 443-3100
                                       Email: shonmorgan@quinnemanuel,com

                                       *Attorneys for Defendants,*
                                       *ZestFinance, Inc. and Douglas Merrill*

DATED:  August 6. 2018              BALLARD SPAHR LLP


                                    By _/s/ Scott M. Pearson_____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Scott M. Pearson (*pro hac vice* application
forthcoming)
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909
Telephone: (424) 204-4400
Facsimile: (424) 204-4350
Email: pearsons@ballardspahr.com

*Attorneys for Defendant*
*Bluechip Financial*

DATED:  August 6, 2018          TERRELL MARSHALL LAW GROUP PLLC


By */s/ Elizabeth A. Adams*
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Elizabeth A. Adams, WSBA #49175
   Email: eadams@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

   E. Michelle Drake
   Email: emdrake@bm.net
   John G. Albanese
   Email: jalbanese@bm.net
   BERGER & MONTAGUE, P.C.
   43 SE Main Street, Suite 505
   Minneapolis, Minnesota 55414
   Telephone: (612) 594-5999
   Facsimile: (612) 584-4470

   Matthew Wessler
   Email: matt@guptawessler.com
   GUPTA WESSLER PLLC
   1735 20th Street, NW
   Washington, D.C. 20009
   Telephone: (202) 888-1741
   Facsimile: (202) 888-7792

   *Attorneys for Plaintiff and the Proposed*
   *Classes*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR RULE 26(f) CONFERENCE, INITIAL DISCLOSURES AND JOINT STATUS REPORT AND DISCOVERY PLAN** to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

DATED this 6th day of August, 2018.

*/s/* Thomas C. Rubin
Thomas C. Rubin. WSBA No. 33829