FILED

OCT 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERESA TITUS, an individual and as a representative of the class,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>ZESTFINANCE, INC.,<br><br>        Defendant-Appellant,<br><br>DOUGLAS MERRILL,<br><br>        Defendant-Appellant<br><br>and<br><br>BLUECHIP FINANCIAL,<br><br>        Defendant-Appellant. | Nos. 18-35940, 18-35943<br><br>D.C. No. 3:18-cv-05373-RJB<br>Western District of Washington, Tacoma<br><br>ORDER |

Before: CLIFTON, IKUTA, and BENNETT, Circuit Judges.

Plaintiff-Appellee Teresa Titus and Defendants-Appellants ZestFinance, Inc. and Douglas Merrill filed a stipulated motion to dismiss this appeal voluntarily (Doc. 48). The motion is GRANTED. Each party shall bear its own costs and fees on appeal. The copy of this order shall constitute the mandate of this court as to

case No. 18-35943 with Defendants-Appellants ZestFinance, Inc. and Douglas Merrill.