THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERESA TITUS, as an individual and as a representative of the class,<br><br>Plaintiff,<br><br>vs.<br><br>ZESTFINANCE, INC., BLUECHIP FINANCIAL, and DOUGLAS MERRILL<br><br>Defendants. | NO. 3:18-cv-05373-RJB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Teresa Titus hereby voluntarily dismisses all individual claims she asserted in this action against Defendants ZestFinance, Inc., BlueChip Financial, and Douglas Merrill with prejudice. The dismissal shall be without an award of costs or fees to any party. No answer or motion for summary judgment has yet been filed in this action.

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I) - 1
CASE NO. 3:18-CV-05373-RJB

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 RESPECTFULLY SUBMITTED AND DATED this 24th day of October, 2019.

TERRELL MARSHALL LAW GROUP PLLC


By: /s/ Beth E. Terrell, WSBA #26759
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@terrellmarshall.com
    Elizabeth A. Adams, WSBA #49175
    Email: eadams@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    E. Michelle Drake, *Admitted Pro Hac Vice*
    Email: emdrake@bm.net
    John G. Albanese, *Admitted Pro Hac Vice*
    Email: jalbanese@bm.net
    Email: mplsparalegals@bm.net
    BERGER & MONTAGUE, P.C.
    43 SE Main Street, Suite 505
    Minneapolis, Minnesota 55414
    Telephone: (612) 594-5999
    Facsimile: (612) 584-4470

    Matthew Wessler, *Admitted Pro Hac Vice*
    Email: matt@guptawessler.com
    GUPTA WESSLER PLLC
    1735 20th Street, NW
    Washington, D.C. 20009
    Telephone: (202) 888-1741
    Facsimile: (202) 888-7792

*Attorneys for Plaintiff and the Proposed Classes*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I) - 2
CASE NO. 3:18-cv-05373-RJB

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on October 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Thomas C. Rubin, WSBA #33829
>Email: tomrubin@quinnemanuel.com
>QUINN EMANUEL URQUHART
>  & SULLIVAN LLP
>600 University Street, Suite 2800
>Seattle, Washington 98101
>Telephone: (206) 905-7000
>Facsimile: (206) 905-7100
>
>Shon Morgan, *Admitted Pro Hac Vice*
>Email: shonmorgan@quinnemanuel.com
>John W. Baumann, *Admitted Pro Hac Vice*
>Email: jackbaumann@quinnemanuel.com
>QUINN EMANUEL URQUHART
>  & SULLIVAN LLP
>865 South Figueroa Street, 10th Floor
>Los Angeles, California 90017
>Telephone: (213) 443-3000
>Facsimile: (213) 443-3100
>
>*Attorneys for Defendants ZestFinance, Inc. and Douglas Merrill*
>
>Timothy E. Steen, WSBA #35560
>Email: tims@beresfordlaw.com
>BERESFORD BOOTH PLLC
>145 Third Avenue South, Suite 200
>Edmonds, Washington 98020
>Telephone: (425) 776-4100
>Facsimile: (425) 776-1700

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I) - 3
CASE NO. 3:18-CV-05373-RJB

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Scott M. Pearson, *Admitted Pro Hac Vice*
   E-mail: spearson@manatt.com
2  Kay Fitz-Patrick, *Admitted Pro Hac Vice*
   E-mail: kfitz-patrick@manatt.com
3  MANATT, PHELPS & PHILLIPS, LLP
   11355 West Olympic Blvd.
4  Los Angeles, California 90064
   Telephone: (310) 312-4283
5  Facsimile: (310) 312-4224

6
   *Attorneys for Defendant BlueChip Financial*
7

8  DATED this 24th day of October, 2019.

9                      TERRELL MARSHALL LAW GROUP PLLC

10
                       By: /s/ Beth E. Terrell, WSBA #26759
11                        Beth E. Terrell, WSBA #26759
                          Email: bterrell@terrellmarshall.com
12                        936 North 34th Street, Suite 300
                          Seattle, Washington 98103
13                        Telephone: (206) 816-6603
                          Facsimile: (206) 319-5450
14

15                     *Attorneys for Plaintiff and the Proposed Classes*

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I) - 4
CASE NO. 3:18-CV-05373-RJB