1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERESA TITUS, as an individual and as a representative of the class,<br><br>Plaintiff,<br><br>v.<br><br>ZESTFINANCE, INC., BLUECHIP FINANCIAL, and DOUGLAS MERRILL,<br><br>Defendants. | CASE NO. 18-5373 RJB<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

THIS MATTER comes before the Court on the Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i). Dkt. 76.  The Court has considered the pleadings filed regarding the notice, the remaining record.

After the parties agreed to dismissal of an appeal with the Ninth Circuit Court of Appeals, and the Ninth Circuit issued its mandate, the Plaintiff filed this notice of dismissal.  Dkts. 75 and 76.

ORDER DISMISSING CASE WITH PREJUDICE - 1

In accord with the notice (Dkt. 76), this case **IS DISMISSED WITH PREJUDICE** and without an award of attorneys' fees or costs to any party.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 25th day of October, 2019.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE - 2