UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERESA TITUS, an individual and as a representative of the class,<br><br>                   Plaintiff,<br><br>      v.<br><br>ZESTFINANCE, INC., BLUECHIP FINANCIAL, and DOUGLAS MERRILL,<br><br>                   Defendants. | Case No. C18-5373-RJB<br><br>TAXATION OF COSTS |

      Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF TERESA TITUS, and on behalf of DEFENDANT BLUECHIP FINANCIAL, in the amount of $85.00 and included in the judgment as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| **I.   Fees of the Clerk** | **$553.00** | **$553.00** | **$0** |
| Appeal filing fee and PACER fees not taxable. | | | |
| **II.   Fees for transcripts** | **$237.65** | **$237.65** | **$0** |
| Hearing transcript fees not taxable. | | | |

TAXATION OF COSTS -1

| | | | | |
|---|---|---|---|---|
| III. | **Fees for exemplification** | $11,180.90 | $11,180.90 | $0 |

Hard drive imaging costs not taxable.

| | | | | |
|---|---|---|---|---|
| IV. | **Fees for courtesy copies** | $85.00 | $0 | $85.00 |

Not contested.

Entered this 14th day of January, 2020.

                                          William M. McCool, Clerk
                                          U. S. District Court

                                    By: _S/ TYLER CAMPBELL_
                                              Tyler Campbell, Deputy Clerk

TAXATION OF COSTS -2